# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 12-CR-16-LRR |
| vs. | **ORDER** |
| GERMAINE PERRY, | |
| Defendant. | |

_____

The matter before the court is Magistrate Judge Jon S. Scoles's Report and Recommendation (docket no. 36), which recommends that the court deny Defendant Germaine Perry's "Motion to Suppress" ("Motion") (docket no. 18) as moot. On May 16, 2012, Defendant filed the Motion. On May 25, 2012, the government filed a Resistance (docket no. 23). On June 5, 2012, Defendant entered an unconditional guilty plea to Count 1 of the Information (docket no. 30). That same day, Judge Scoles issued the Report and Recommendation. The Report and Recommendation states that, "within fourteen (14) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections with the district court." Report and Recommendation at 1.

The time to object to the Report and Recommendation has expired and neither party has filed any objections. The parties have thus waived their right to de novo review of the Report and Recommendation. *See, e.g.*, *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) ("'Appellant's failure to file any objections waived his right to de novo review by the district court of any portion of the report and recommendation of the magistrate judge as well as his right to appeal from the findings of fact contained therein.'" (quoting *Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994))). The court finds no plain error in Judge Scoles's decision. Accordingly, the court **ADOPTS** the Report and Recommendation (docket no. 36). The Motion (docket no. 18) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

**DATED** this 20th day of June, 2012.

_signature_

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA
